1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>CHRISTOPHER JOSEPH LITTLEBEAVER,<br><br>          Defendant. | Case No. 3:23-cr-00029-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for CHRISTOPHER JOSEPH LITTLEBEAVER and United States Attorney JASON M. FRIERSON, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for September 1, 2023, at 10:00 AM, be vacated and continued to September 18, 2023, at 1:00 PM.

This Stipulation is entered into for the following reasons:

1.     Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.      Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.      Mr. Littlebeaver is currently detained.

4.      The parties agree to the continuance.

5.      This is the first request for a continuance.

DATED this 28th day of August, 2023.

RENE L. VALLADARES                     JASON M. FRIERSON
Federal Public Defender                United States Attorney

By  /s/ Allie Wilson                   By   /s/ Randolph J. St. Clair
    ALLIE WILSON                            RANDOLPH J. ST. CLAIR
    Assistant Federal Public Defender       Assistant United States Attorney
    Counsel for Christopher Littlebeaver    Counsel for the Government

2

**<u>ORDER</u>**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for September 1, 2023, at 10:00 AM, be vacated and continued to September 18, 2023, at 1:00 PM.

DATED this 29th day of August, 2023.

_____
Anne R. Traum
United States District Court Judge

3