UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JOSEPH LITTLEBEAVER,<br><br>Defendant. | 3:23-cr-00029-ART-CLB<br><br>**ORDER TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, RENE L. VALLADARES, Federal Public Defender, and ALLIE WILSON, Assistant Federal Public Defender, counsel for defendant CHRISTOPHER LITTLEBEAVER, that the Revocation of Supervised Release Hearing currently scheduled for August 14, 2024, at 11:00 a.m., be vacated and continued to **August 21, 2024, at 11:00 a.m.**

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

1

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 8th day of August, 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | */s/ Allie Wilson*<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for Defendant |

IT IS THEREFORE ORDERED that the currently scheduled Revocation of Supervised Release Hearing for August 14, 2024, at 11:00 a.m., be vacated and continued to **August 21, 2024, at 11:00 a.m.**

DATED this 9th of August, 2024.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE